Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES JAMES WILLIAMS,<br><br>Defendant. | NO. CR07-380RSM<br>CR07-426RSM<br><br>ORDER DENYING DEFENDANT'S MOTION TO DISMISS SUPERVISED RELEASE VIOLATIONS |

THIS MATTER comes before the Court on Defendant's Motion to Dismiss Supervised Release Violations. Having considered the record and files herein, including, but not limited to, the Defendant's Motion to Dismiss, the Government's Response, and the Supplemental Petitions filed by United States Probation on December 15, 2020, and being fully advised in the matter,

THE COURT FINDS that Defendant was provided sufficient notice of the crimes he was alleged to have committed in Violations 1 through 4;

THE COURT FURTHER FINDS that any real or perceived deficiency in the notice with respect to Violations 1 through 4 was eliminated by the Supplemental Petitions filed on December 15, 2020 by United States Probation, and that Defendant was not prejudiced by the filing of those supplemental petitions as he will be able to refute, challenge and impeach the evidence against him at an evidentiary hearing;

ORDER DENYING DEFENDANT'S MOTION TO
DISMISS SUPERVISED RELEASE VIOLATIONS- 1
*U.S. v. Charles James Williams, CR07-380RSM & CR07-426RSM*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

THE COURT FURTHER FINDS that Defendant's Motion is moot as to Violations 5 and 6 because the Government and United States Probation have withdrawn those violations for the reasons set forth in Government's Response; and

THE COURT HEREBY ORDERS that Defendant's Motion to Dismiss Supervised Release Violations is denied and that the matter be scheduled for an evidentiary hearing.

DATED this 14th day of January, 2021.

[signature]

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*s/ C. Andrew Colasurdo*  _____
C. ANDREW COLASURDO
Assistant United States Attorney

ORDER DENYING DEFENDANT'S MOTION TO
DISMISS SUPERVISED RELEASE VIOLATIONS- 2
*U.S. v. Charles James Williams, CR07-380RSM & CR07-426RSM*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I hereby certify that on January 14, 2021, I electronically filed the foregoing with |
| 3 | the Clerk of the Court using the CM/ECF system which will send notification of such |
| 4 | filing to the attorney(s) of record for the defendant(s). |

ORDER DENYING DEFENDANT'S MOTION TO
DISMISS SUPERVISED RELEASE VIOLATIONS- 3
*U.S. v. Charles James Williams, CR07-380RSM & CR07-426RSM*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970