The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>CHARLES JAMES WILLIAMS,<br><br>Defendant. | NO. CR07-380-RSM<br>CR07-426-RSM<br><br>**ORDER TO SEAL** |

Having read the Government's Motion to Seal and because of the sensitive information contained within the Exhibits B, C, F, G, H, and I to Government's Sentencing Memorandum;

//
//
//

Order to Seal
*U.S. v. Charles Williams;* CR07-380, CR07-426 - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

It is hereby ORDERED that the the Exhibits B, C, F, G, H, and I to Government's Sentencing Memorandum shall remain sealed.

DATED this 9th day of February, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*S/ C. Andrew Colasurdo*
C. ANDREW COLASURDO
Assistant United States Attorney

Order to Seal
*U.S. v. Charles Williams;* CR07-380, CR07-426 - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970