1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10  UNITED STATES OF AMERICA

CASE NO. CR07-380RSM
         CR07-426RSM

11              Plaintiff,

ORDER TO PROCEED WITH
REMOTE HEARING

12        v.

13  CHARLES JAMES WILLIAMS,

14              Defendant.

15

16      Defendant's motion to proceed with the revocation and disposition hearing in this matter

17  is GRANTED.

18      DATED this 10th day of February, 2021

19

20

21

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

22

23

24

ORDER TO PROCEED WITH REMOTE HEARING - 1