1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10 UNITED STATES OF AMERICA

11                     Plaintiff,

12            v.

13 CHARLES JAMES WILLIAMS,

14                     Defendant.

CASE NO. CR07-380RSM
            CR07-426RSM
ORDER TO PROCEED WITH
REMOTE HEARING

15

16

17      THE COURT having considered the motion to proceed with a disposition hearing

18 by video conferencing and the records and files herein, the Court finds that a failure to

19 grant the motion would result in serious harm to the interests of justice. The motion is

20 GRANTED.

21 ///

22 ///

23 ///

24 ///

1

2     DATED this 26th day of February, 2021.

3

4

5                    RICARDO S. MARTINEZ

6                    CHIEF UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER TO PROCEED WITH REMOTE HEARING - 2